IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02283-AP

LORRAINE B. MALDONADO,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| Pro se Plaintiff: | For Defendant: |
|---|---|
| Lorraine B. Maldonado | JOHN F. WALSH |
| 4132 Clayton Street | United States Attorney |
| Denver, Colorado 80216 | |
| (303) 394-0544 | KEVIN TRASKOS |
| | Chief, Civil Division |
| | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone:(303) 844-1571 |
| | david.blower@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**     **Date Complaint Was Filed:** August 31, 2011

      **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** October 7, 2011

      **C.**     **Date Answer and Administrative Record Were Filed:** December 6, 2011

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Parties agree to the following proposed briefing schedule:

   A.   **Plaintiffs Opening Brief Due:** February 6, 2012

   B.   **Defendant's Response Brief Due:** March 7, 2012

   C.   **Plaintiffs Reply Brief (If Any) Due:** March 22, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiffs Statement:**  Plaintiff does not request oral argument.

   B.   **Defendant's Statement:**   Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of December, 2011.

                              BY THE COURT:

                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| _____<br>Lorraine B. Maldonado[1]<br>4132 Clayton Street<br>Denver, Colorado 80216<br>(303) 394-0544<br>Pro se Plaintiff | JOHN F. WALSH<br>United States Attorney<br>KEVIN TRASKOS<br>Chief, Civil Division<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By:<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |

---

[1] Agency counsel mailed a hardcopy of this JCMP to the pro se Plaintiff on December 13, 2011. On December 19, 2011, the Plaintiff called agency counsel and indicated that she did not object to the briefing schedule and would sign and return the JCMP.  As of December 27, 2011, the day this JCMP is due, agency counsel has not received the signed hardcopy.