IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-2283-AP**

**LORRAINE B. MALDONADO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

**KANE, J. ORDERS**

The court is in receipt of plaintiff's filing, dated January 18, 2012, but not filed with the court until March 7, 2012. This filing, actually entitled "Why I Disagree with Disabilities' Decision" is construed as Plaintiff's Opening Brief. The Order to Show Cause is DISCHARGED. The defendant has already filed a response brief, which leaves only plaintiff's reply brief to be filed. The due date for that reply brief is March 22, 2012. If plaintiff wants to file a reply brief, she should do so no later than March 22, 2012. Whether or not a reply brief is filed is entirely up to the plaintiff. As is the normal procedure in administrative appeals, this case will be randomly assigned to a judge for consideration of the merits at the close of briefing.

DATED at Denver, Colorado this 8th day of March, 2012.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT